Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
145 South Fairfax Avenue
Suite 200, PMB 17382949
Los Angeles, CA 90036
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Marco Verch*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MARCO VERCH,<br><br>Plaintiff,<br><br>v.<br><br>MH SUB I, LLC dba INTERNET BRANDS,<br><br>Defendant. | CASE NO.: 2:26-cv-10560<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff MARCO VERCH by and throughhis undersigned counsel, brings this Complaint against Defendant MH SUB I, LLC dba INTERNET BRANDS for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Verch's original copyrighted Work of authorship after removal of his copyright management information ("CMI").



SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

2. Marco Verch is a photographer based in Cologne, Germany, with a lifelong passion for digital photography. Since receiving his first digital camera, a Canon Ixus, in 1996, he has embraced photography as both a creative pursuit and a way to document the world around him. Today, he primarily shoots with a full-frame Canon DSLR, while also utilizing the latest iPhone technology and DJI drones to capture unique perspectives and compelling imagery. Verch focuses on creating high-quality photographs that showcase the beauty of everyday life and extraordinary moments alike. His work spans a wide range of subjects, including travel destinations, sporting events, landscapes, food, flowers, automobiles, and aerial drone photography. In addition to editorial and creative photography, he has produced images for advertising, marketing, and fundraising campaigns. Verch's photography has reached audiences worldwide through collaborations and publications on leading digital media platforms such as Mashable and TechCrunch. His aerial photography has achieved exceptional visibility, with his drone images receiving more than 50 million views on Google Maps.

3. Defendant MH SUB I, LLC dba INTERNET BRANDS ("MH Sub") has grown to become the leading digital franchise focused on large vertical markets, headlined by their current focus on the Health and Legal Markets. They serve more than 100,000 commercial partners and 250 million monthly consumer visitors. MH Sub takes a unique and focused approach to help meet the evolving needs of their users and commercial partners by using proprietary data and content channels to drive user engagement and delivery of commercial outcomes. Upon information and belief, MH Sub manages and promotes the Facebook Accounts for its clients, including Cheyenne Mountain Chiropractic and Windham Family Chiropractic.

4. Verch alleges that Defendant copied Verch's copyrighted Work from the internet in order to advertise, market and promote its business activities. MH Sub committed the violations alleged in connection with Defendant's business for purposes

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

of advertising and promoting sales to the public in the course and scope of MH Sub's business.

**JURISDICTION AND VENUE**

5. This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, MH Sub engaged in infringement in this district, MH Sub resides in this district, and MH Sub is subject to personal jurisdiction in this district.

**DEFENDANT**

9. MH Sub I, LLC dba Internet Brands is a California Limited Liability Company, with its principal place of business at 909 North Pacific Coast Highway, 11th Floor, El Segundo, CA, 90245, and can be served by serving its Registered Agent, CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Sacramento, California.

**THE COPYRIGHTED WORK AT ISSUE**

10. In 2021, non-party Golib Tolibov created the photograph entitled "Woman with pain in her back and neck," which is shown below and referred to herein as the "Work".

//

//

//

//

//



11. Verch is the owner of the Work by written assignment.

12. Verch's Work is protected by copyright but is not otherwise proprietary, or trade secrets. The perspective, orientation, positioning, lighting, and other details of the Work are entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

13. Verch registered the Work with the Register of Copyrights on February 19, 2022 as part of a group registration. The Group Registration was assigned registration number VA 2-293-017. The Certificate of Registration is attached hereto as **Exhibit 1**.

14. Verch makes his work available via CCNull.de and a Creative Commons 2.0 License.

15. Verch published the Work by displaying it on CCNull at the internet URL https://ccnull.de/foto/woman-with-pain-in-her-back-and-neck/1085726. Attached hereto as **Exhibit 2** is a true and correct screenshot of the Work on CCNull.

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

16. For a party to be allowed to use a Creative Commons 2.0 License ("CC 2.0"), it is conditioned upon the prospective licensee of the Work attributing the Work to the original owner/claimant of the Work.

17. In part, the CC 2.0 license states, "You must give appropriate credit, provide a link to the license and indicate if changes were made."[1]

18. Verch's display of the Work on CCNull also included CMI next to the Work in the form of Verch's name, the year when the Work was first created, and the link to the licensing terms.

19. At all relevant times Verch was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY MH SUB**

20. MH Sub has never been licensed to use the Work for any purpose.

21. On a date after the Work was created, but prior to the filing of this action, MH Sub copied the Work.

22. Within three years of filing this action, Verch learned of the unauthorized use of his Work on the Facebook Accounts at the following URLs:

a. https://www.facebook.com/705196659590375/photos/pb.100063739351055.-2207520000/5219071764869486/?type=3; and

b. https://www.facebook.com/ChiropractorinColoradoSprings/photos/pb.100063487393743.-2207520000/10159005681020965/?type=3.

23. MH Sub copied Verch's copyrighted Work without Verch's permission.

24. After MH Sub copied the Work, it made further copies and distributed the Work on the internet to promote its clients' chiropractic businesses.

25. MH Sub copied and distributed Verch's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

---

[1] https://creativecommons.org/licenses/by/2.0/

26. MH Sub committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 3**.

27. Verch never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

28. Verch notified MH Sub of the allegations set forth herein on March 12, 2026 and April 29, 2026. MH Sub failed to respond to any communications.

29. When MH Sub copied and displayed the Work at issue in this case, MH Sub failed to provide attribution as required by the CC 2.0 license.

30. Defendant's failure to attribute is a violation of 17 U.S.C. § 1202(b) as removal of CMI.

31. Verch never gave MH Sub permission or authority to remove CMI from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

32. Verch incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

33. Verch owns a valid copyright in the Work.

34. Verch registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

35. MH Sub copied, displayed, and distributed the Work and made derivatives of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

36. MH Sub performed the acts alleged in the course and scope of its business activities.

37. Defendant's acts were willful.

38. Verch has been damaged.

39. The harm caused to Verch has been irreparable.

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

40. Verch incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

41. The Work at issue in this case requires attribution and contains CMI.

42. MH Sub knowingly and with the intent to enable or facilitate copyright infringement, displayed the Work on MH Sub's Website, without any of the attributions in violation of 17 U.S.C. § 1202(b).

43. MH Sub distributed the Work to the Website knowing that the CMI has been removed or altered without the authority of the copyright owner or the law.

44. MH Sub committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Verch's rights in the Work.

45. MH Sub caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Verch's rights in the Work.

46. Verch has been damaged.

47. The harm caused to Verch has been irreparable.

WHEREFORE, the Plaintiff MARCO VERCH prays for judgment against the Defendant MH SUB I, LLC dba INTERNET BRANDS that:

a. MH Sub and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. MH Sub be required to pay Verch his actual damages and Defendant's profits attributable to the infringement, or, at Verch's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Verch be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Verch be awarded pre- and post-judgment interest; and

e. Verch be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Verch hereby demands a trial by jury of all issues so triable.

DATED: September 16, 2026

Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Marco Verch*

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE