AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Central District of California

**Marco Verch**
*Plaintiff(s)*

v.

**MH Sub I, LLC dba Internet Brands**
*Defendant(s)*

Civil Action No. 2:26-cv-10560

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address*

MH Sub I, LLC dba Internet Brands
Serve: Registered Agent
CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, California

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew L. Rollin
**SRIPLAW, P.A.**
145 South Fairfax Avenue, Suite 200, PMB 17382949
Los Angeles, California 90036
323.452.5600
matthew.rollin@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:______________________________

______________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-10560

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ____________________.

☐ I personally served the summons on the individual at *(place)* ______________________
______________________________________ on *(date)* ________________ ; or

☐I left the summons at the individual's residence or usual place of abode with *(name)* ____________
_________________________, a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address: or

☐I served the summons on *(name of individual)* ____________________________, who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________________ on *(date)* ________________ ; or

☐I returned the summons unexecuted because __________________________________ ; or

☐Other *(specify)*:

My fees are $ _________ for travel and $ _________ for services, for a total of $ _____________.

I declare under penalty of perjury that this information is true.

Date: ________________

______________________________________
*Server's signature*

______________________________________
*Printed name and title*

______________________________________
*Server's address*

Additional information regarding attempted service, etc.: